IN UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Martin Wishnatsky,  )
    )
        Plaintiff,  )
    )
v.  )
    )
    )  **Civil Case No. A2-04-1**
Laura Rovner, Director;  )
Clinical Education Program,  )
University of North Dakota,  )
School of Law, in her  )
official capacity,  )
    )
        Defendant.  )

_____

## STIPULATION OF DISMISSAL
_____

Pursuant to Rule 41(a)(1), the parties hereby dismiss the present action.

Respectfully submitted this 27th day of December, 2006.

    By:    /s/ Walter M. Weber
           Walter M. Weber
           American Center for Law and Justice
           201 Maryland Avenue, NE
           Washington, DC  20002

           Attorney for Plaintiff.

State of North Dakota
Wayne Stenehjem
Attorney General

    By:    /s/ Douglas A. Bahr
           Douglas A. Bahr
           Solicitor General
           State Bar ID No. 04940
           Office of Attorney General
           500 North 9th Street
           Bismarck, ND 58501-4509
           Telephone (701) 328-3640
           Facsimile (701) 328-4300

Attorneys for Defendant.